IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK LOPEZ-FLORES | No. 18-cr-10450-MLW |

## DEFENDANT ERICK LOPEZ'S MOTION FOR AN ORDER TO PARTICIPATE IN RESTORATIVE JUSTICE

Defendant Erick Lopez-Flores respectfully requests that the Court authorize and recommend his participation in the U.S. Probation Office's Restorative Justice ("RJ") Program at Wyatt in December 2021.

Undersigned counsel have discussed Mr. Lopez with the RJ Coordinator and understand that he will be considered for participation. The government has indicated that it will oppose this request. To be clear, Mr. Lopez could participate in the program whether or not his sentencing hearing proceeds as scheduled (beginning December 15, 2021).

The Probation Office provides the following description of the program:

> Restorative Justice is a theory of justice that emphasizes a meaningful acceptance of responsibility for a crime or harm committed and making amends for that harm through transformational processes. The required parts of the Restorative Justice program are to complete an individual informational session and participate in a 16-hour workshop.
>
> The 16-hour workshop is a demanding experiential process that includes defendants/participants, victims of crime, community volunteers, and Court family members. Participants engage in individual and group work, lectures, cognitive behavioral exercises, and homework. During the workshop participants: identify and analyze their values; review their behaviors in relation to their values; consider the reasons why they committed the crime (including exploration of criminogenic needs and trauma); identify and process the harm that their crime has caused; and explore

*Denied  Wol. D.J*
*Nov- 3, 2021*

-1-